*State, Respondent, v. Englund, Petitioner*, No. 91428-1. Petition for review of a decision of the Court of Appeals, Nos. 44958-7-II and 44965-0-II, March 17, 2015, 186 Wn. App. 444. *Denied* July 8, 2015.

*State, Respondent, v. Smith, Petitioner*, No. 91429-0. Petition for review of a decision of the Court of Appeals, No. 45432-7-II, February 18, 2015, 185 Wn. App. 945. *Denied* July 8, 2015.

*West, Petitioner, v. City of Seattle et al., Respondents*, No. 91442-7. Petition for review of a decision of the Court of Appeals, No. 70597-1-I, January 20, 2015, 185 Wn. App. 1026. *Denied* July 8, 2015.

*State, Respondent, v. McDaniel, Petitioner*, No. 91446-0. Petition for review of a decision of the Court of Appeals, No. 44972-2-II, February 18, 2015, 185 Wn. App. 932. *Denied* July 8, 2015.

*State, Respondent, v. Soeun, Petitioner*, No. 91448-6. Petition for review of a decision of the Court of Appeals, No. 45473-4-II, February 18, 2015, 185 Wn. App. 1060. *Denied* July 8, 2015.

*State, Respondent, v. Melnik, Petitioner*, No. 91450-8. Petition for review of a decision of the Court of Appeals, No. 31847-8-III, February 24, 2015, 186 Wn. App. 1006. *Denied* July 8, 2015.

*State, Respondent, v. Schumacher, Petitioner*, No. 91454-1. Petition for review of a decision of the Court of Appeals, No. 70807-4-I, February 9, 2015, 185 Wn. App. 1048. *Denied* July 8, 2015.

*State, Respondent, v. Elliott, Petitioner*, No. 91460-5. Petition for review of a decision of the Court of Appeals, No. 71033-8-I, February 17, 2015, 185 Wn. App. 1056. *Denied* July 8, 2015.